UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **WILLIE JAMES KEY,** | Case No. CV 10-4505-PA (AJW) |
| Petitioner, | |
| v. | |
| **J. SCHOMIG, Warden,** | JUDGMENT |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: September 14, 2010

_____
Percy Anderson
United States District Judge